UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ERICA STEWART, | ) | 3:05-CV-656-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | August 3, 2007 |
| | ) | |
| WERNER CO., a Pennsylvania corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Defendant has filed a Motion to Vacate the August 22, 2007, Settlement Conference and Request for Expedited Telephonic Hearing (Doc. #42).

      IT IS HEREBY ORDERED that Defendant's Motion to Vacate the August 22, 2007, Settlement Conference and Request for Expedited Telephonic Hearing (Doc. #42) is GRANTED to the extent that the settlement conference set on August 22, 2007, before the Honorable Valerie P. Cooke is VACATED.

      IT IS FURTHER ORDERED that the telephonic status conference scheduled on September 10, 2007, at 9:00 a.m. is VACATED and RESCHEDULED to September 14, 2007, at 9:00 a.m.  Counsel shall contact the courtroom deputy, Frank Justiliano, at (775) 686-5758, two days in advance of the hearing to advise him of the telephone number(s) where counsel may be reached for the hearing.  The courtroom deputy will initiate the conference call.

      LANCE S. WILSON, CLERK

      By:          /s/
      Deputy Clerk