AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ERICA STEWART,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER:  **3:05-CV-00656-RAM**

HOME DEPOT U.S.A., INC.,
a Delaware Corporation; HOME
DEPOT YOUR OTHER WAREHOUSE,
LLC, a Delaware limited liability company,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Court finds that there is no legally sufficient evidentiary basis for a finding in favor of the Plaintiff as a matter of law.  Therefore, Court grants Defendants' Motion for Judgment as a Matter of Law based upon FRCP Rule 52(c).


  April 17, 2009                                             **LANCE S. WILSON**
                                                                              Clerk

                                                                             /s/ D. R. Morgan
                                                                              Deputy Clerk